IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

SEP 09 2005

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

| | | |
|---|---|---|
| MBANK BROWNSVILLE, N.A., <br> Plaintiff | § § § | |
| VS. | § § | |
| RIO BRAVO FISHERIES, INC., <br> RICARDO ORTIZ, *in personam* AND <br> F/V LEON, its engines, net, tackle, <br> apparel, and furniture, etc., *in rem*, <br> Defendants, | § § § § § § | CIVIL NO. B-90-016 <br><br> IN ADMIRALTY |
| VS. | § § § | |
| VALLEY ICE & FUEL COMPANY, INC., <br> Intervenor. | § § | |

## ORDER TO DISBURSE FUNDS
## HELD IN THE REGISTRY OF THE COURT

On this day, the court considered plaintiff **WELLS FARGO BANK TEXAS, N.A.** and intervenor **VALLEY ICE & FUEL CO., INC.'S** Unopposed Joint Motion to Disburse Funds. After considering the court's file, the court

ORDERS the United States District Clerk to issue his check for the total balance of all funds held within the registry of the court, the interest accrued to date of disbursement, to Plaintiff **WELLS FARGO BANK, N.A.**, c/o T. Mark Blakemore, 835 E. Levee Street, Fl. 6, Brownsville, Texas 78520-5101 in partial satisfaction of the judgment against the Defendants.

Signed this 9th day of September, 2005.

_____
Andrew S. Hanen
United States District Judge